IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES LANG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ELIZABETH LANG HOUSER, | : | |
| MONTGOMERY COUNTY OFFICE OF | : | |
| REGISTER OF WILLS AND CLERK OF | : | |
| ORPHANS' COURT, RONALD HOLT, | : | |
| FRANCES PIERCE, D. BRUCE HANES, | : | |
| ESQ., MICHAEL P. CREEDON, ESQ., | : | |
| and PAUL G. LANG, JR. | : | No. 11-4638 |

**Norma L. Shapiro, J.**                                                                                           **March 28, 2012**

## ORDER

       AND NOW, this 28th day of March, 2012, upon consideration of the amended complaint (paper no. 9), the James Lang motion to strike (paper no. 37), the motion to dismiss of defendants Montgomery County Office of Register of Wills and Clerk of Orphans' Court, Ronald Holt, Frances Pierce, and D. Bruce Hanes, Esq. (paper no. 12), the Elizabeth Lang Houser motion to dismiss (paper no. 14), the Michael P. Creedon, Esq. motion to dismiss (paper no. 15), the Paul Lang, Jr. motion to dismiss (paper no. 36), the James Lang responses to the motions to dismiss (paper nos. 17–19), and the James Lang motion to disqualify counsel (paper no. 32), for the reasons stated in the attached memorandum of today's date, it is **ORDERED** that:

1.      The James Lang motion to strike (paper no. 37) is **DENIED**.

2.      The defendants motions to dismiss (paper nos. 12, 14, 15, 36) are **GRANTED**.

3.      The James Lang motion to disqualify counsel (paper no. 32) is **DENIED AS MOOT**.

4.      A copy of the attached memorandum shall be forwarded to the Disciplinary Board of the Supreme Court of Pennsylvania to allow it to determine whether Dilworth Paxson LLP violated Rule 1.9 of the Pennsylvania Rules of Professional Conduct by representing Elizabeth Lang Houser in this action despite meeting with James Lang to give him legal advice for which he charged James Lang.

                                                                        /s/ Norma L. Shapiro
                                                                                                J.