IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES LANG** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ELIZABETH LANG HOUSER,** | : | |
| **MONTGOMERY COUNTY OFFICE OF** | : | |
| **REGISTER OF WILLS AND CLERK OF** | : | |
| **ORPHANS' COURT, RONALD HOLT,** | : | |
| **FRANCES PIERCE, D. BRUCE HANES,** | : | |
| **ESQ., MICHAEL P. CREEDON, ESQ.,** | : | |
| **and PAUL G. LANG, JR.** | : | **No. 11-4638** |

**ORDER**

AND NOW, this 12th day of June, 2012, upon consideration of the Lang Motion to Alter or Amend Judgment/Order of March 28, 2012, and/or for Relief from Said Judgment or Order, pursuant to Federal Rules of Civil Procedure 59(e) and Rule 60 (paper no. 42), and the responses thereto (paper nos. 43, 44), the court construing the motion as a Motion for Reconsideration, for the reasons in the attached memorandum, it is **ORDERED** that:

The Lang Motion for Reconsideration (paper no. 42) is **DENIED**.

                                                           /s/ Norma L. Shapiro
                                                         _____
                                                                                              J.